THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* FRANK HANDLER, Appellant.

(Argued June 7, 1935; decided July 11, 1935.)

*Frank G. Raichle, Emery S. Tucker, Arthur J. Block*
and *Marvin M. Marcus* for appellant.

*Walter C. Newcomb, District Attorney (Wellington J.*
*Wetherbee* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.